JOHN H. GARRET and EVA L. GARRET, his wife, *Appellants*, v. FARMERS BANK OF VERO BEACH, Formerly FARMERS BANK OF VERO, a corporation organized and existing under the laws of the State of Florida, *Appellees*.

135 So. 839.

En Banc.

Decision filed July 9, 1931.

*C. P. Diamond*, for Appellants;

*James O. Watson*, for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the decrees herein, and briefs and argument of counsel for the respective parties and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree. It is therefore considered, ordered, and decreed by the Court that the said decree of the circuit court be, and the same are hereby, affirmed.

BUFORD, C.J., AND ELLIS AND BROWN, J.J., concur.